437 A.2d 1025

Commonwealth v. Patton, Appellant.

Petition for Allowance of Appeal Denied Feb. 15, 1982.

Submitted May 22, 1981. John H. Corbett, Jr., for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

602

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.